UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| REBECCA THOMAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO. 1:18-cv-492 |
| MENARD INC., | ) ) ) |
| Defendant. | ) ) |

**PETITION FOR REMOVAL OF ACTION**

Defendant, Menard, Inc., by its counsel, and for its Petition for Removal of Action states as follows:

1. On January 19, 2018, Plaintiff filed her Complaint in the Marion County Superior Court No. 4 under Cause Number 49D04-1801-CT-2485. Plaintiff alleges that she sustained damages as a result of an incident at a Menard's store.

2. Defendant Menard, Inc. is incorporated under the laws of the State of Wisconsin with its principal place of business in Eau Claire, Wisconsin.

3. Plaintiff is a citizen of the State of Indiana.

4. This cause is removable under 28 U.S.C. § 1332 and none of the impediments to removal under 28 U.S.C. § 1445 are present in this action.

5. Pursuant to Local Rule 81.1, Defendant certifies that to the best of its knowledge, information and belief, the amount in controversy exceeds Seventy-five Thousand Dollars ($75,000.00), exclusive of interest and costs, as Plaintiff's Complaint has an open prayer for damages and alleges that Defendant breached its duty to Plaintiff causing Plaintiff to suffer "personal injuries and damages".

6. Defendant Menard, Inc. was served with Plaintiff's Complaint by service through CSC on January 25, 2018.

7. This Petition for Removal is being filed with the Court within thirty (30) days after determining that the basis for diversity jurisdiction exists.

8. Copies of all pleadings filed in the state court action that are in the possession of Defendant Menard, Inc. and are attached as Exhibit "A".

9. Contemporaneously herewith, written notice is being provided to all adverse parties and to the Clerk of the Marion County Superior Court that this Notice of Removal is being filed in this Court.

WHEREFORE, Defendant, Menard, Inc., prays that the entire state court action under Cause Number 49D04-1801-CT-2485 now pending in the Marion County Superior Court of Indiana be removed to this Court for all further proceedings.

Dated this 20th day of February, 2018.

> */s/ Leslie B. Pollie*
> Leslie B. Pollie (#25716-49)
> KOPKA PINKUS DOLIN PC
> 550 Congressional Blvd., Suite 310
> Carmel, IN  46032
> Telephone: 317-814-4049
> Facsimile:  317-818-1390
> Email:  lbpollie@kopkalaw.com

CERTIFICATE OF SERVICE

      I hereby certify that on the 20th day of February, 2018, a true and correct copy of the foregoing was served on the following counsel of record:

Robert D. King, Jr.
David R. Thompson
Law Office of Robert D. King, Jr., PC
22 E. Washington St., Suite 310
Indianapolis, IN 46204

                                                */s/Leslie B. Pollie*